Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALDO LEYVA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California Corporation,<br><br>Defendant. | Case No. 5:17-cv-01870 FMO (SHKx)<br><br>Hon. Judge Fernando M. Olquin<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[Rule 41(a)(1)(A)(i), F.R.Civ.P.]**<br><br>Complaint Filed: September 11, 2017 |

1  Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Waldo Leyva, through his undersigned counsel, hereby dismisses his individual claims without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismisses any putative class claims without prejudice.

Rule 41(a)(1)(A)(i) provides that the plaintiff may dismiss an action without a court order before the opposing party serves either an answer or a motion for summary judgment. Defendant has done neither. Because the dismissal is without prejudice to Mr. Leyva and the other members of the putative class, there is no prejudice to absent putative class members. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Notice to the class is not necessary under Federal Rule of Civil Procedure 23(e) because the Court has not certified a class in this case, and the dismissal does not prejudice the rights of any members of the putative class.  Further, pursuant to a Joint Stipulation to Permit Amendment to Complaint to Add Plaintiff and Order thereon entered on April 17, 2018 in a related action pending in the Northern District of California, *Falk v Nissan North America*, Case No. 4:17-cv-04871-HSG, Mr. Leyva will be added as a plaintiff in that action and will be prosecuting a similar class action there.

Accordingly, this matter is dismissed without prejudice.

Dated:  April 20, 2018                    Respectfully submitted,

CAPSTONE LAW APC


By:   /s/ Jordan L. Lurie
    Jordan L. Lurie
    Tarek H. Zohdy
    Cody R. Padgett
    Karen L. Wallace

Attorneys for Plaintiffs